JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODNEY RONDALE ROSS, | Case No. CV 14-06715-GHK (DTB) |
| Plaintiff, | **JUDGMENT** |
| vs. | |
| D. J. WILLIAMS, et al., | |
| Defendants. | |

    Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

    IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

DATED: 11/29/15

GEORGE H. KING
CHIEF UNITED STATES DISTRICT JUDGE